## EAST LAKE CHUTE, ET AL. v. LATADY.

(Decided November 21, 1913.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

A. G. & E. D. SMITH, for appellant. CARMICHAEL & WINN, for appellee.

Per curiam. Appeal dismissed by agreement.

---

## GILBERT v. THE STATE.

(Decided December 17, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

McCLELLAN, J.—Affirmed.

---

## JAGGER CREEK C. & F. CO. v. ALLISON.

(Decided April 23, 1913.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

BANKHEAD & BANKHEAD, for appellant. J. J. RAY, for appellee.

Per curiam. Dismissed by agreement.

---

## JOHNSON v. FIRST AVE. C. & L. CO.

(Decided November 27, 1913.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

No counsel marked for appellant. GASTON & PETTUS, for appellee.

Per curiam. Appeal dismissed.